Joe Galarza & Amanda Galarza
938 Aaron Drive
Redlands, CA 92374
909-528-9787
PRO PER DEFENDANT
No Fax -
No Email

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ED CV17-00104 JGB (DTB)

| | |
|---|---|
| JON SWANSON, DOMINIQUE SWANSON, | ) |
| | ) Case No. |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | ) |
| | ) |
| JOE GALARZA, AMANDA GALARZA, | ) NOTICE OF REMOVAL |
| | ) |
| DOES 1 TO 10, INCLUSIVE, | ) |
| | ) |
| Defendants. | ) |

TO THE CLERK OF THE ABOVE-TITLED COURT AND THE HONORABLE UNITED

STATES DISTRICT JUDGE:

Please take notice, Joe Galarza & Amanda Galarza ("Defendant") hereby remove to this Court
the above captioned action described further below:

1. THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED.

On December 22, 2016 Plaintiff, Jon & Dominique Swanson, ("Plaintiff") filed an unlawful

detainer action in the Superior Court of California, County of San Bernardino, entitled JON

SWANSON, DOMINIQUE SWANSON vs. JOE GALARZA, AMANDA GALARZA,

DOES 1 TO 10, INCLUSIVE.

Defendant's Demurrer to the complaint for unlawful detainer was based on an improper Notice to Quit.  A true and correct copy of the relevant pleadings, i.e., summons, complaint, and Demurrer are attached hereto as "Exhibit A."

2.  This removal is therefore timely because it is not barred by the provisions of 28 U.S.C. § 1446(b).

3.  There are no other named Defendants in the action.

4.  No previous request has been made for the relief requested.

5.  The Superior Court of California for the County of San Bernardino is located within the Central District of California. Sec 28 U.S.C. § 84(c)(1).  Thus, venue is proper in this Court because it is the "district and divisions embracing the place where such action is pending." 28 U.S.C. § 1441(a).

6.  This Action is removable to the instant Court because it originally could have been filed in this Court pursuant to 28 U.S.C. § 1441(a) and/or (b). The complaint presents federal questions. Supplemental jurisdiction exists with respect to any remaining claims pursuant to 28 U.S.C. § 1367.

## II. FEDERAL QUESTION: REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. §1331 and §1441.

7.  The complaint for Unlawful Detainer is subject to strict notice requirements.

8.  Defendant filed the Demurrer to the complaint based on an improper notice, i.e., Notice to Quit, failed to comply with *Code of Civil Procedure* § 1161(2).

9.  Notwithstanding said violation of *Code of Civil Procedure* § 1161(2), the Superior Court for the County of San Bernardino did not sustain the Demurrer.

10. Federal question exists because Defendant's Demurrer, a pleading depend on the determination of Defendant's rights and Plaintiff's duties under federal law.

Wherefore, Joe Galarza & Amanda Galarza respectfully remove this action from the California Superior Court for the County of San Bernardino this Court pursuant to 28 United States Code Sections 1331 and 1441.

*NOTICE OF REMOVAL*

1

2

3

4

**Dated:** _____1/23/17_____          By: _____

5

_amanda Galarza_

6

**Joe Galarza & Amanda Galarza**

7

**Defendants, In Pro Per**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# SUMMONS
## (CITACIÓN JUDICIAL)
## UNLAWFUL DETAINER—EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
JOE GALARZA, AMANDA GALARZA AND DOES 1-10 INCLUSIVE

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
JON SWANSON, DOMINIQUE SWANSON

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
FONTANA DISTRICT

DEC 22 2016

BY _____
JEANNA CASTILLO, DEPUTY

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se le entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

| | |
|---|---|
| 1. The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>SUPERIOR COURT OF CALIFORNIA, SAN BERNARDI<br>17780 ARROW BLVD.<br>17780 ARROW BLVD.<br>FONTANA CA. 92335<br>CIVIL DIVISION | **CASE NUMBER:**<br>*(Número del caso):*<br>UDFS1609016 |

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
JON SWANSON, DOMINIQUE SWANSON                    (951) 845-5499
C/O THE EVICTION CENTER                           (951) 845-7796
1051 E. 1ST STREET
BEAUMONT, CA 92223

3. *(Must be answered in all cases)* An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400–6415) ☐ did not ☒ did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

Date: DEC 22 2016
*(Fecha)*

Clerk, by **Jeanna Castillo** _____, Deputy
*(Secretario)*                                      *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

4. **NOTICE TO THE PERSON SERVED:** You are served
   a. ☒ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as an occupant
   d. ☐ on behalf of *(specify):*
      under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
             ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
             ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
             ☐ CCP 415.46 (occupant)             ☐ other *(specify):*

5. ☐ by personal delivery on *(date):*

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

**SUMMONS—UNLAWFUL DETAINER—EVICTION**



Code of Civil Procedure §§ 412.20, 415.456, 1167



4

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State bar number, and address):*

JON SWANSON, DOMINIQUE SWANSON
C/O THE EVICTION CENTER
1051 E. 1ST STREET
BEAUMONT, CA 92223

TELEPHONE NO.: (951) 845-5499     FAX NO. *(Optional):* (951) 845-7796
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* PLAINTIFF, IN PRO PER

**FOR COURT USE ONLY**

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
FONTANA DISTRICT

DEC 22 2016

BY _____
JEANNA CASTILLO, DEPUTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
STREET ADDRESS: 17780 ARROW BLVD.
MAILING ADDRESS: 17780 ARROW BLVD.
CITY AND ZIP CODE: FONTANA CA. 92335
BRANCH NAME: CIVIL DIVISION

PLAINTIFF: JON SWANSON, DOMINIQUE SWANSON

DEFENDANT: JOE GALARZA, AMANDA GALARZA

[X] DOES 1 TO 10 INCLUSIVE

**COMPLAINT — UNLAWFUL DETAINER***

[X] COMPLAINT ☐ AMENDED COMPLAINT *(Amendment Number):*

CASE NUMBER:
UDFS1609016

**Jurisdiction** *(check all that apply):*

[X] ACTION IS A LIMITED CIVIL CASE
  Amount demanded  [X] does not exceed $10,000
                   ☐ exceeds $10,000 but does not exceed $25,000
☐ ACTION IS AN UNLIMITED CIVIL CASE (amount demanded exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint or cross-complaint *(check all that apply):*
  ☐ from unlawful detainer to general unlimited civil (possession not in issue)  ☐ from limited to unlimited
  ☐ from unlawful detainer to general limited civil (possession not in issue)   ☐ from unlimited to limited

1. PLAINTIFF *(name each):* JON SWANSON, DOMINIQUE SWANSON

alleges causes of action against DEFENDANT *(name each):* JOE GALARZA, AMANDA GALARZA

2. a. Plaintiff is (1) [X] an individual over the age of 18 years.     (4) ☐ a partnership.
               (2) ☐ a public agency.                       (5) ☐ a corporation.
               (3) ☐ other *(specify):*

   b. ☐ Plaintiff has complied with the fictitious business name laws and is doing business under the fictitious name of *(specify):*

3. Defendant named above is in possession of the premises located at *(street address, apt. no., city, zip code, and county):*
   938 AARON DRIVE, REDLANDS, CA 92374 (SAN BERNARDINO COUNTY)

4. Plaintiff's interest in the premises is   [X] as owner   ☐ other *(specify):*
5. The true names and capacities of defendants sued as Does are unknown to plaintiff.
6. a. On or about *(date):* 10/1/2012          defendant *(name each):* JOE GALARZA, AMANDA GALARZA

   (1) agreed to rent the premises as a  ☐ month-to-month tenancy  [X] other tenancy *(specify):* LEASE
   (2) agreed to pay rent of $ 1750.00  payable  [X] monthly  ☐ other *(specify frequency):*
   (3) agreed to pay rent on the  [X] first of the month  ☐ other day *(specify):*
   b. This [X] written  ☐ oral  agreement was made with
   (1) [X] plaintiff.                          (3) ☐ plaintiff's predecessor in interest.
   (2) ☐ plaintiff's agent.                    (4) ☐ other *(specify):*

*NOTE: Do not use this form for evictions after sale (Code Civ. Proc., § 1161a).

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
UD-100 [Rev. July 1, 2005]

**COMPLAINT—UNLAWFUL DETAINER** Legal
Solutions
Plus

Civil Code, § 1940 et seq.
Code of Civil Procedure §§ 425.12, 1166

5

| PLAINTIFF (Name):   JON SWANSON, DOM1. .QUE SWANSON | CASE NU |
|---|---|
| DEFENDANT (Name):  JOE GALARZA, AMANDA GALARZA | |

6. c. [X] The defendants not named in item 6a are

    (1) [X] subtenants.
    (2) [X] assignees.
    (3) [X] other (specify): INVITEES ALL UNKNOWN OCCUPANTS

  d. [X] The agreement was later changed as follows (specify): ON OR ABOUT 9/30/2014 THE LEASE EXPIRED AND CONVERTED TO A MONTH TO MONTH AGREEMENT. ON OR ABOUT 9/10/2014 RENT WAS INCREASED TO $1850.00 A MONTH.

  e. [X] A copy of the written agreement, including any addenda or attachments that form the basis of this complaint, is attached and labeled Exhibit 1. (Required for residential property, unless item 6f is checked. See Code Civ. Proc., § 1166.)

  f. [ ] (For residential property)   A copy of the written agreement is not attached because (specify reason):
    (1) [ ] the written agreement is not in the possession of the landlord or the landlord's employees or agents.
    (2) [ ] this action is solely for nonpayment of rent (Code Civ. Proc., § 1161(2)).

7. [X] a. Defendant (name each): JOE GALARZA, AMANDA GALARZA

    was served the following notice on the same date and in the same manner:
    (1) [X] 3-day notice to pay rent or quit    (4) [X] 3-day notice to perform covenants or quit
    (2) [ ] 30-day notice to quit    (5) [ ] 3-day notice to quit
    (3) [ ] 60-day notice to quit    (6) [ ] Other (specify):

  b. (1) On (date): 12/12/2016    the period stated in the notice expired at the end of the day.
    (2) Defendants failed to comply with the requirements of the notice by that date.

  c. All facts stated in the notice are true.

  d. [X] The notice included an election of forfeiture.

  e. [X] A copy of the notice is attached and labeled Exhibit 2. (Required for residential property. See Code Civ. Proc., § 1166.)

  f. [ ] One or more defendants were served (1) with a different notice, (2) on a different date, or (3) in a different manner, as stated in Attachment 8c. (Check item 8c and attach a statement providing the information required by items 7a–e and 8 for each defendant.)

8. a. [X] The notice in item 7a was served on the defendant named in item 7a as follows:
    (1) [ ] by personally handing a copy to defendant on (date):
    (2) [ ] by leaving a copy with (name or description):
        a person of suitable age and discretion, on (date):    at defendant's
        [ ] residence [ ] business  AND mailing a copy to defendant at defendant's place of residence on
        (date):    because defendant cannot be found at defendant's residence or usual
        place of business.
    (3) [X] by posting a copy on the premises on (date): 12/8/2016    [ ] AND giving a copy to a person found residing at the premises AND mailing a copy to defendant at the premises on
        (date): 12/8/2016
        (a) [ ] because defendant's residence and usual place of business cannot be ascertained OR
        (b) [X] because no person of suitable age or discretion can be found there.
    (4) [ ] (Not for 3-day notice; see Civil Code, § 1946 before using) by sending a copy by certified or registered mail addressed to defendant on (date):
    (5) [ ] (Not for residential tenancies; see Civil Code, § 1953 before using) in the manner specified in a written commercial lease between the parties.

  b. [ ] (Name):
    was served on behalf of all defendants who signed a joint written rental agreement.

  c. [ ] Information about service of notice on the defendants alleged in item 7f is stated in Attachment 8c.

  d. [X] Proof of service of the notice in item 7a is attached and labeled Exhibit 3.

---

| PLAINTIFF *(Name)*: JON SWANSON,   MINIQUE SWANSON | SE NUMBER: |
|---|---|
| DEFENDANT *(Name)*: JOE GALARZA, AMANDA GALARZA | |

9. [ ]  Plaintiff demands possession from each defendant because of expiration of a fixed-term lease.

10. [X]  At the time the 3-day notice to pay rent or quit was served, the amount of **rent due** was $ 2994.32

11. [X]  The fair rental value of the premises is $ 60.82           per day.

12. [ ]  Defendant's continued possession is malicious, and plaintiff is entitled to statutory damages under Code of Civil Procedure
section 1174(b). *(State specific facts supporting a claim up to $600 in Attachment 12.)*

13. [X]  A written agreement between the parties provides for attorney fees.

14. [ ]  Defendant's tenancy is subject to the local rent control or eviction control ordinance of *(city or county, title of ordinance,
and date of passage):*  .

          Plaintiff has met all applicable requirements of the ordinances.

15. [ ]  Other allegations are stated in Attachment 15.

16. Plaintiff accepts the jurisdictional limit, if any, of the court.

17. **PLAINTIFF REQUESTS**

   a. possession of the premises.
   b. costs incurred in this proceeding:
   c. [X] past-due rent of $ 2994.32
   d. [X] reasonable attorney fees.
   e. [X] forfeiture of the agreement.

   f. [X] damages at the rate stated in item 11 from
       *(date):* 1/1/2017           for each day that
       defendants remain in possession through entry of judgment.
   g. [ ] statutory damages up to $600 for the conduct alleged in
       item 12.
   h. [X] other *(specify):* $185.00 LATE FEE, $20.00 SERVICE FEE,
       $25.00 NSF FEE, $241.58 WATER UTILTY PER COVENANTS
       NOTICE SERVED. ALL COST AND FEES INCURRED IN THIS
       ACTION DEEMED JUST AND PROPER BY THE COURT.

18. [X]  Number of pages attached *(specify):* 10

### UNLAWFUL DETAINER ASSISTANT (Bus. & Prof. Code, §§ 6400–6415)

19. *(Complete in all cases.)* An unlawful detainer assistant [ ] did **not**  [X] did   for compensation give advice or assistance
with this form.  *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, state):*

   a. Assistant's name: THE EVICTION CENTER
   b. Street address, city, and zip code:
      1051 E. 1ST STREET
      BEAUMONT, CA 92223

   c. Telephone No.: (951) 845-5499
   d. County of registration: RIVERSIDE
   e. Registration No.: 6
   f. Expires on *(date):* 8/15/2017

Date: 12/21/2016

JON SWANSON, DOMINIQUE SWANSON
          *(TYPE OR PRINT NAME)*                                    *(SIGNATURE OF PLAINTIFF OR ATTORNEY)*

### VERIFICATION

   *(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)*

I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under the laws of the State of
California that the foregoing is true and correct.

Date: 12/21/2016

SEE ATTACHED                              ▶
          *(TYPE OR PRINT NAME)*                                    *(SIGNATURE OF PLAINTIFF)*

UD-100 [Rev. July 1, 2005]                    **COMPLAINT—UNLAWFUL DETAINER**                    Page 3 of 3

7

**COPY**

1 | Joe Galarza & Amanda Galarza
  | 938 Aaron Drive
2 | Redlands, CA 92374
  | 909-528-9787
3 | PRO PER DEFENDANT

4

5

6

7           SUPERIOR COURT OF CALIFORNIA

8            COUNTY OF SAN BERNARDINO

9

10

11 | JON SWANSON, DOMINIQUE          ) Case No. UDFS1609016
   | SWANSON,                         )
12 |                                  ) DEFENDANT'S NOTICE OF DEMURRER
   |                                  ) AND DEMURRER TO COMPLAINT;
13 |              Plaintiff(s),        )
   |                                  ) Date: January 24, 2017
14 |                                  ) Time: 8:00 a.m.
   |       vs.                        ) Department: F8
15 |                                  )
16 | JOE GALARZA, AMANDA GALARZA,    )
   |                                  )
17 | DOES 1 TO 10, INCLUSIVE,        )
   |                                  )
18 |              Defendants.         )
19

20

21 **TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:**

22     PLEASE TAKE NOTICE that on January 24, 2017 at 8:00 a.m., or soon thereafter as it

23 may be heard in Department F8 of the above-entitled court, located at 17780 Arrow Boulevard,

24 Fontana, CA 92335, Defendant, Joe Galarza & Amanda Galarza, hereinafter ("Defendant") will

25 present their Demurrer to Plaintiff, Jon Swanson & Dominique Swanson, (hereinafter "Plaintiff")

26 Complaint for Unlawful Detainer.

27     The Demurrer will be based on Plaintiff's Complaint for Unlawful Detainer, the

28

DEMURRER TO COMPLAINT
FOR UNLAWFUL DETAINER

8